# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE DAVILA-HURTADO, | 3:07-CV-489-LRH (RAM) |
| Plaintiff, | |
| vs. | **REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

This Report and Recommendation is made to the Honorable Larry R. Hicks, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR IB 1-5.

On November 16, 2007, Plaintiff filed a Complaint for Judicial Review Concerning Social Security Benefits (Doc. #6). On February 4, 2008, the Administrative Record was lodged with the court (Doc. #10) and on February 5, 2008, the court entered its Order Concerning Review of Social Security Cases (Doc. #12). Since that time, Plaintiff has been given three (3) extensions of time to file a Motion for Reversal or Remand (Doc. Nos. 13, 15 and 16). Plaintiff has failed to comply.

Therefore, the court recommends that this action be dismissed for Plaintiff's failure to file points and authorities in support of a motion for reversal or remand pursuant to the court's order (Doc. #12).

///
///

## **RECOMMENDATION**

**IT IS THEREFORE RECOMMENDED** that the District Court enter an order **DISMISSING** Plaintiff's case without prejudice.

DATED: July 16, 2008.

_____
UNITED STATES MAGISTRATE JUDGE