UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOSE DAVILA-HURTADO, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner, ) <br> Social Security Administration, ) <br> ) <br>         Defendant. ) | 3:07-cv-00489-LRH (RAM) <br><br> O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate Judge Robert A. McQuaid, Jr. (#18) entered on July 16, 2008, in which the Magistrate Judge recommends that this action be dismissed without prejudice for Plaintiff's failure to file points and authorities in support of a motion for reversal or remand pursuant to the court's order (#12). No objection was filed by Plaintiff to the Report and Recommendation. The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

/ / /

/ / /

/ / /

/ / /

1        ADOPTS AND ACCEPTS the Report and Recommendation of the United States
2 Magistrate Judge (#18); therefore, this action is dismissed without prejudice for Plaintiff's failure to
3 comply with the court's order.
4        IT IS SO ORDERED.
5        DATED this 26th day of August, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE